DAVID J. OLIN, Appellant, v STATE OF NEW YORK et al., Respondents. (Claim No. 112120.) [919 NYS2d 457]—

Present—Centra, J.P., Fahey, Carni, Green and Gorski, JJ.